IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 06-60 |
| vs. | ) | |
| BRIAN SPROSTON, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 12, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 26 U.S.C. § 5872, based upon the defendant's guilty plea entered on October 4, 2006, in which defendant consented to the forfeiture of any interest he had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the May 24, 2006, Indictment;

AND WHEREAS, on January 5, 2007, January 12, 2007, and January 19, 2007, the United States published notice of the forfeiture in the *Cedar Rapids Gazette*, a daily newspaper of general circulation in the area the firearm was seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm included in the Preliminary Order of Forfeiture entered on October 12, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Brian Sproston, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a weapon made from a Harrington and Richardson 20 gauge, Topper Model 158 with unknown serial number which has an approximate barrel length of 12¼ inches and is approximately 19½ inches in overall length, not registered to him in the National Registration and Transfer Record**

seized from defendant on or about April 23, 2004.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearm identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 30 day of April, 2007.

Linda R. Reade
Chief Judge, U.S. District Court
Northern District of Iowa

2